IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY D. JENNINGS, individually and on behalf of all others similarly situated, : : : Plaintiff, : : v. : : STRONGHAVEN, INC., ADVANCED DESIGN & PACKAGING, INC. : : : Defendants. : | CIVIL ACTION NO. 1:16-cv-03859-SCJ |

## ORDER

This case is before the Court for consideration of the Joint Motion for Stipulated Dismissal With Prejudice and Approval of Settlement. After reviewing the record, the Court enters the following Order.

Having reviewed the joint motion, the Court finds that the settlement is fair, adequate, and reasonable.

The Court finds that the Agreement was the result of arms-length negotiations and is not the result of any collusion.

Therefore, the Joint Motion for Stipulated Dismissal With Prejudice and Approval of Settlement is hereby GRANTED and the settlement of

the parties is hereby APPROVED. Fees and costs shall be awarded consistent with the terms of the Settlement Agreement and Release.

IT IS SO ORDERED, this 30th day of May, 2017.

_____
Judge Steve C. Jones
United States District Court
Northern District of Georgia